IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:05-CV-1797-WBH |
| v. | ) | |
| | ) | |
| THE CITY OF COLLEGE PARK, | ) | |
| | ) | |
| Defendants. | ) | |

### INDICATIVE ORDER ON MOTION TO VACATE
### JUDGEMENT AND UNDERLYING VERDICTS

Defendants have requested substantive relief pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure from the verdicts returned on September 4, 2009 as to the City of College Park, Tracey Wyatt, and Charles E. Phillips, Sr. [Docs. 225-227] and the Judgment entered thereon on March 8, 2011 in connection with the parties' settlement of the case on appeal. Plaintiff does not oppose Defendants' Motion. For purposes of Rule 62.1(a)(3) and 11th Circuit Rule 12.1-1(c)(2), it is hereby stated that Defendants' Unopposed Motion to Vacate Verdicts and Judgment will be granted if/when jurisdiction over this matter is returned to this Court.

SO ORDERED this 12th day of January, 2011.

WILLIS B. HUNT, JR.
United States District Court