IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:05-CV-1797-WBH |
| v. | ) | |
| | ) | |
| THE CITY OF COLLEGE PARK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER VACATING JUDGMENT AND UNDERLYING VERDICTS AGAINST DEFENDANTS CITY OF COLLEGE PARK, CHARLES E. PHILLIPS, SR. AND TRACEY WYATT

Defendants' Unopposed Motion to Vacate Judgment and Underlying Verdicts having been duly considered, the same is hereby GRANTED.

Pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, the Verdicts against the City of College Park, Charles E. Phillips, Sr., and Tracey Wyatt [Docs. 225-227] and the Judgment entered in this case on March 8, 2011 [Doc. 282] are hereby VACATED.

SO ORDERED this __28__ day of __February__, 2012.

_____
WILLIS B. HUNT
UNITED STATES DISTRICT JUDGE